# United States District Court

## -------------------------- DISTRICT OF KANSAS---------------------------

NORMA LINDE,

        Plaintiff,

        v.                                                                    Case No. 2:20-cv-02661-HLT

ENVISION HEALTHCARE CORP.,
EMCARE HOLDINGS, INC., and
KANSAS EM-I MEDICAL SERVICES,
P.A.,

        Defendants.

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    Pursuant to the Memorandum and Order (Doc. 76), judgment is entered in favor of Defendants on Plaintiff's FLSA overtime claim. The Court declines to exercise supplemental jurisdiction over Linde's remaining state-law claims. Linde's claims for breach of contract, unjust enrichment, and violation of the KWPA are dismissed without prejudice. This case is closed.

IT IS SO ORDERED.

                                    SKYLER O'HARA
                                    CLERK OF THE COURT

Dated: March 2, 2023              /s/  M. Deaton
                                    By Deputy Clerk